## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

      v.                                  :

                                        **CRIMINAL NO. 10-700-1**

**KEVIN WHITE**                     :

### O R D E R

AND NOW, this _31st_ day of _October_ , 2013, on

consideration of the unopposed Motion of the government for dismissal of Count One of

the Indictment, the Court finds the ends of justice are served by granting the motion.

      It is accordingly hereby

### ORDERED

that Count One of the Indictment in this matter is dismissed.

      BY THE COURT:

_____

HONORABLE C. DARNELL JONES II
*Judge, United States District Court*